FILED

01/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0716

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0716

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TRAVIS DEWAYNE LOHMAN,

Defendant and Appellant.

## ORDER GRANTING UNCONTESTED MOTION TO REMAND TO DISTRICT COURT, TO SUPPLEMENT THE APPELLATE RECORD, AND FOR ADDITIONAL TIME TO AMEND BRIEFS

THE COURT hereby GRANTS Mr. Lohman's uncontested Motion to remand this matter to district court so that the missing State's Exhibit 1 can be replaced with the defense copy of the exhibit. The Court further orders that upon the State's receipt of the replacement Exhibit 1, the State may have 10 days to file an Amended Response Brief if it so chooses. If so, Mr. Lohman will then have 10 days from that filing, to file an Amended Reply Brief, if he so chooses.

DATED this ___ day of January, 2024.

# CERTIFICATE OF SERVICE

I, Kathleen Foley, hereby certify that I have served true and accurate copies of the foregoing Other - Other to the following on 01-24-2024:

Chad M. Wright (Attorney)
P.O. Box 200147
Helena MT 59620-0147
Representing: Travis Dewayne Lohman
Service Method: eService

Kirsten H. Pabst (Govt Attorney)
200 W. Broadway
Missoula MT 59802
Representing: State of Montana
Service Method: eService

Tammy K Plubell (Govt Attorney)
215 N. Sanders
Helena MT 59601
Representing: State of Montana
Service Method: eService

Matthew C. Jennings (Govt Attorney)
200 W. Broadway
Missoula MT 59802
Service Method: eService
E-mail Address: mjennings@missoulacounty.us

Electronically Signed By: Kathleen Foley
Dated: 01-24-2024

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 26 2024